**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIAN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-00951-MN |
| | ) | |
| v. | ) | |
| | ) | |
| KALEYRA, INC., AVI S. KATZ, DARIO | ) | JURY TRIAL DEMANDED |
| CALOGERO, EMILIO HIRSCH, MATTEO | ) | |
| LODRINI, JOHN J. MIKULSKY, | ) | |
| KATHLEEN MILLER, NEIL MIOTTO, and | ) | |
| KARIN-JOYCE TJON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 5, 2023

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*